IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT SMADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-356-SMY-RJD |
| | ) |
| DEE DEE BROOKHART, DAVID RAINS, | ) |
| DR. OSMUNDSON, TRAVIS JAMES, | ) |
| DR. VIPIN SHAH, PHIL MARTIN, and | ) |
| LENAE MROHS PINNICK, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 232) recommending the granting of the Motion for Summary Judgment filed by Defendants Travis James, Dr. Kurt Osmundson, and Dr. Vipin Shah ("the Wexford Defendants") (Doc. 189) and the granting in part and denying in part the Motion for Summary Judgment filed by Defendants Dee Dee Brookhart, Phil Martin, David Rains, and Lenae Mrohs Pinnick ("the IDOC Defendants") (Doc. 211). Plaintiff filed a timely objection (Doc. 234). For the following reasons, Judge Daly's Report is **ADOPTED**.

In his pleading, Plaintiff states that he "objects to the dismissal of Defendants Osmondson, James, Shah, Rains, and Pinnick" (Doc. 234), but asserts no specific objection to Judge Daly's Report. When no specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v.*

*Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Defendants Martin, Rains, Pinnick and the Wexford Defendants were entitled to summary judgment because they were not deliberately indifferent to Plaintiff's medical needs. The Court finds no clear error in Judge Daly's findings, analysis or conclusion, and adopts her Report and Recommendation in its entirety.

Accordingly, the Wexford Defendants' Motion for Summary Judgment (Doc. 189) is **GRANTED** and the IDOC Defendants' Motion for Summary Judgment (Doc. 211) is **GRANTED in PART** and **DENIED in PART**. Plaintiff shall proceed to trial on the following claim:

- Count One: Eighth Amendment deliberate indifference claim against Defendant Brookhart for denying Plaintiff adequate medical care following his hip surgery in June 2015.

The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendants Travis James, Dr. Kurt Osmundson, Dr. Vipin Shah, Phil Martin, David Rains, and Lenae Mrohs Pinnick at the close of this case.

**IT IS SO ORDERED.**

**DATED: September 12, 2019**

**STACI M. YANDLE**
**United States District Judge**