**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SCOTT SMADO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 17-cv-00356-SMY |
| | ) |
| **DEE DEE BROOKHART,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

The parties have informed the Court that the above action has been settled, but that additional time is needed to consummate the settlement.  Defense Counsel is **DIRECTED** to file a status report **within 60 days** from the date of this Order, advising the Court whether the Settlement Agreement has been fully executed and submitted to CMS for payment.  The Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs **90 days from the date of this Order**.  The parties are advised that the 90-day period to consummate settlement will not be extended absent exceptional circumstances.  In light of the parties' settlement, the Court **DENIES AS MOOT** all pending motions and **VACATES** all deadlines and hearings.

**IT IS SO ORDERED.**

**DATED:  April 15, 2020**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**